IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALJAWON DAWYANE MILES, ) | |
| #255 161, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:11-cv-270-TMH |
| ) | |
| ) | |
| CHRISTOPHER HILL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #7) of the Magistrate Judge is ADOPTED and Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

A separate judgment shall issue.

Done this 8th day of June, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE